```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08649
    LISA M LOGGIN HESTER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-1671


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/11/2007 and was confirmed 08/01/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 12/17/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
 COUNTRYWIDE HOME LOANS ^  CURRENT MORTG          .00            .00            .00
 NUVELL CREDIT CO LLC      SECURED NOT I      1870.75            .00            .00
 CAPITAL ONE               UNSECURED          3291.34            .00         648.36
 CAPITAL ONE               UNSECURED           463.29            .00          91.26
 CAPITAL ONE               UNSECURED           281.33            .00          55.42
 CAPITAL ONE               UNSECURED           537.68            .00         105.92
 CITIFINANCIAL RETAIL SER  UNSECURED        NOT FILED            .00            .00
 DELL FINANCIAL SERVICES   UNSECURED           295.72            .00          58.27
 FASHION BUG/SOANB         UNSECURED        NOT FILED            .00            .00
 ECAST SETTLEMENT CORP     UNSECURED          3143.08            .00         619.15
 ECAST SETTLEMENT CORP     UNSECURED          9671.11            .00        1905.07
 ECAST SETTLEMENT CORP     UNSECURED           712.12            .00         128.83
 MONOGRAM BANK N AMERICA   UNSECURED        NOT FILED            .00            .00
 ISAC                      UNSECURED         26427.43            .00        5205.82
 SEARS/CBSD                UNSECURED        NOT FILED            .00            .00
 RESURGENT CAPITAL SERVIC  UNSECURED          5391.37            .00        1062.01
 WELLS FARGO FINANCIAL IL  UNSECURED           967.03            .00         190.48
 ROUNDUP FUNDING LLC       UNSECURED           246.01            .00          34.05
 WORLD FINANCIAL NETWORK   UNSECURED           512.45            .00         100.94
 DELL FINANCIAL SERVICES   SECURED NOT I       515.22            .00            .00
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,834.00                       2,834.00
 TOM VAUGHN                TRUSTEE                                          1,012.54
 DEBTOR REFUND             REFUND                                              27.88

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                   14,080.00

 PRIORITY                                          .00
 SECURED                                           .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08649 LISA M LOGGIN HESTER
```

```
UNSECURED                                              10,205.58
ADMINISTRATIVE                                          2,834.00
TRUSTEE COMPENSATION                                    1,012.54
DEBTOR REFUND                                              27.88
                                  ---------------   ---------------
TOTALS                               14,080.00          14,080.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 03/05/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```